Ronald P. Oines (CA State Bar No. 145016)
roines@rutan.com
Edson K. McClellan (CA State Bar No. 199541)
emcclellan@rutan.com
Kenneth J. Zielinski (CA State Bar No. 258555)
kzielinski@rutan.com
Will comply with LR IA 11-2
within 45 days, per LR IA 11-2(c)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:   714-546-9035

Louis M. Bubala III, Esq.
Kaempfer Crowell
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Tel:  (775) 398-4741
Cell:  (775) 223-7641
Fax:  (775) 327-2011
Email: lbubala@kcnvlaw.com

Attorneys for Plaintiff
GEO-LOGIC ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEO-LOGIC ASSOCIATES, INC., a California corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>METAL RECOVERY SOLUTIONS, INC., a Nevada corporation; THOMAS SEAL, Ph.D., an individual; JETTE SEAL, an individual; DIFFERENTIAL ENGINEERING, INC., a Nevada corporation,<br><br>             Defendants. | Case No. _____<br><br>**PLAINTIFF GEO-LOGIC ASSOCIATES, INC.'S CORPORATE DISCLOSURE AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[F.R.C.P. 7.1 AND CIVIL L.R. 7.1-1]** |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, and Civil L.R. 7.1-1, Plaintiff Geo-Logic Associates, Inc. ("GLA") hereby files this Corporate Disclosure Statement and Certification of Interested Entities or Persons.

1  GLA has no parent corporation and no publicly-held corporation owns 10% or more of GLA.

Pursuant to Civil L.R. 7.1-1, the undersigned, attorney of record for Plaintiff Geo-Logic Associates, Inc., certifies that no persons, associations of persons, firms, partnerships or corporations (including parent corporations) have a direct, pecuniary interest in the outcome of this case, other than GLA.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated: March 20, 2020

KAEMPFER CROWELL

By:     /s/ Louis M. Bubala III
Louis M. Bubala III
Attorneys for Plaintiff
GEO-LOGIC ASSOCIATES, INC.

Rutan & Tucker, LLP
attorneys at law

2118/025147-0032
14866248.1 a03/20/20

-2-

PLAINTIFF'S CORPORATE DISCLOSURE
AND CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS